IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MYRON JOHNSON | **I N D I C T M E N T**<br><br>Case No. _____<br><br>Violations:  18 U.S.C. §§ 1512(b)(3), 2242(3), 2244(a)(5), and 1153 |

COUNT ONE

**Sexual Abuse in Indian Country**

The Grand Jury Charges:

In or about August 2022, in the District of North Dakota, in Indian country, and within the exclusive jurisdiction of the United States,

MYRON JOHNSON

an Indian, knowingly caused another person, namely, P.H.A., to engage in a sexual act, specifically, contact between MYRON JOHNSON's penis and the vulva of P.H.A., without the consent of P.H.A., to engage in the sexual act;

In violation of Title 18, United States Code, Sections 2242(3) and 1153.

COUNT TWO

**Abusive Sexual Contact of a Minor**

The Grand Jury Further Charges:

From in or about March 2022 to in or about August 2022, in Indian country, and within the exclusive jurisdiction of the United States,

MYRON JOHNSON,

an Indian, knowingly engaged in and caused sexual contact, that is, the intentional touching, directly and through the clothing, of the genitalia, anus, groin, buttocks, and inner thigh of P.H.A. (YOB 2009), with an intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person;

In violation of Title 18, United States Code, Sections 2244(a)(5) and 1153.

## COUNT THREE

### Attempted Tampering with a Witness

The Grand Jury Further Charges:

From in or about October 2022, to in or about April 2023, in the District of North Dakota,

MYRON JOHNSON

knowingly attempted, by use of intimidation, threats, and by corrupt persuasion of another person, with the intent to influence, delay, or prevent the testimony of P.H.A. in an official proceeding;

In violation of Title 18, United States Code, Section 1512(b)(3).

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ Mac Schneider
MAC SCHNEIDER
United States Attorney

GLD/tmg