IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MYRON JOHNSON,<br><br>　　　　　Defendant. | Case No. 1:23-cr-85<br><br>**UNITED STATES' NOTICE PURSUANT TO FED. R. EVID. 902(11)** |

The United States of America, by Mac Schneider, United States Attorney for the District of North Dakota, and Gary L. Delorme, Assistant United States Attorney, hereby gives notice of its intent, under Rules 803(6) and 902(11) of the Federal Rules of Evidence, to use certified and self-authenticated copies of the following records:

1. Meta Platforms, Inc. ("Meta") Records and Certification (Attachment 1).

2. Offers to view the materials, which contain contraband and therefore cannot be provided in normal discovery pursuant to 18 U.S.C. § 3509, were made on:

   a. December 18, 2023, verbally, during telephonic initial appearance;
   b. January 4, 2004, via email;
   c. February 29, 2024, via email;
   d. March 25, 2024, via email; and
   e. April 1, 2024, via email.

Dated:  April 9, 2024

　　　　　　　　　　　　　　　　　　MAC SCHNEIDER
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　By:　　/s/ *Gary L. Delorme*
　　　　　　　　　　　　GARY L. DELORME
　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　ND Bar ID 05845
　　　　　　　　　　　　P.O. Box 699
　　　　　　　　　　　　Bismarck, ND  58502-0699
　　　　　　　　　　　　(701) 530-2420
　　　　　　　　　　　　gary.delorme@usdoj.gov
　　　　　　　　　　　　Attorney for United States