# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, ) | |
| ) | **ORDER RESCHEDULING PRETRIAL** |
| Plaintiff, ) | **STATUS CONFERENCE** |
| ) | |
| vs. ) | |
| ) | Case No. 1:23-cr-085 |
| Myron Johnson, ) | |
| ) | |
| Defendant. ) | |

The undersigned convened a status conference with counsel by telephone on April 17, 2024, to discuss, among other things, the viability of the current trial date. Pursuant to the parties' discussion, the undersigned shall reschedule the status conference for April 22, 2024, at 11:30 AM by telephone. To participate in the status conference, counsel shall call (877) 810-9415 and enter access code 8992581.

**IT IS SO ORDERED.**

Dated this 17th day of April, 2024

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court