IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MYRON JOHNSON,<br><br>  Defendant. | Case No. 1:23-cr-00085<br><br>**STIPULATION 1** |

The United States of America by, Mac Schneider, United States Attorney for the District of North Dakota, Gary L. Delorme, Assistant United States Attorney, and the Defendant, Myron Johnson, individually, and through his counsel, Jeff Bredahl, hereby stipulate and agree that:

1. The defendant, Myron Johnson, a member of the Three Affiliated Indian Tribes, a federally recognized tribe, is an Indian for the purpose of federal criminal jurisdiction;

2. The alleged victim, P.H.A., a member of the Three Affiliated Tribes, is also an Indian for the purposes of federal criminal jurisdiction;

3. As to the conduct alleged in the Indictment, if you find that it was committed at all, it was committed within Indian Country, that is within the exterior boundaries of the Fort Berthold Indian Reservation, a federally recognized tribe, and within this Court=s jurisdiction; and

4. The above stipulated information may be presented as a trial exhibit at the time of trial and there is no need to call any Enrollment Records Custodians or Boundaries technicians from the Fort Berthold Indian Reservation to testify to the above information.

MAC SCHNEIDER
United States Attorney

Dated: _6/27/2024_    By: _/s/ Gary L. Delorme_
GARY L. DELORME
Assistant United States Attorney

Dated: _June 26 2024_    _/s/ Myron Johnson_
MYRON JOHNSON
Defendant

Dated: _6-26-24_    _/s/ Jeff Bredahl_
JEFF BREDAHL
Attorney for Defendant

2