IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MYRON JOHNSON,<br><br>Defendant. | Case No. 1:23-cr-085<br><br>**UNITED STATES'<br>SENTENCING MEMORANDUM** |

The United States of America, by Mac Schneider, United States Attorney for the District of North Dakota, and Gary L. Delorme, Assistant United States Attorney, has no objections or corrections to the Presentence Investigation Report in this case. Per the Sentencing Memorandum Supplement, the United States is seeking additional enhancements and upward variances.

Dated: January 14, 2025

                                  MAC SCHNEIDER
                                United States Attorney

By:   /s/ *Gary L. Delorme*
        GARY L. DELORME
        Assistant United States Attorney
        ND Bar ID 05845
        655 First Avenue North, Suite 250
        Fargo, ND  58102-4932
        (701) 297-7400
        gary.delorme@usdoj.gov
        Attorney for United States