IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| United States of America,<br><br>                              Plaintiffs,<br><br>vs.<br><br>Myron Johnson,<br><br>                              Defendant. | **MOTION TO CONTINUE JURY TRIAL**<br><br>Case No.: 1:22-cr-00085 |

Defendant, Myron Johnson, by and through his attorney of record, Jeff A. Bredahl, Bredahl & Associates, P.C., 3431 4th Avenue South, Suite 200, Fargo North Dakota 58103, moves this Honorable Court to continue his Sentencing, currently scheduled for January 23, 2025, at 11:00 a.m. to a later date.

The Defendant and his counsel are requesting this continuance to allow for Defendant to receive the written report of the Defendant's evaluation by Dr. Stacy Benson of Benson Psychological Services. Further, Defendant's attorney needs additional time to research and prepare a written sentencing memorandum responding to the Government's multiple variances and or departures requested in Government's Sentencing Memorandum to the Court.

Undersigned counsel consulted AUSA Gary Delmore and the Government does not object to this request and will leave it to the discretion of the Court.

Undersigned counsel further represents that this request is not made for undue delay or any other improper reason.

Dated this 21st day of January, 2025.

                Respectfully submitted,

                BARKUS LAW FIRM, P.C.

                */s/ Jeff Bredahl*
                Jeff A. Bredahl, ND ID #04717
                3431 4th Avenue South, Suite 200
                Fargo, North Dakota 58103
                Tele: 701-298-9363
                Fax: 701-298-9362
                Email: jeffb@ndjustice.com
                Eservice: eservice@ndjustice.com
                ATTORNEYS FOR DEFENDANT