IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| United States of America,<br><br>                 Plaintiffs,<br><br>vs.<br><br>Myron Johnson,<br><br>                 Defendant. | **DEFENDANT'S MOTION TO CONTINUE SENTENCING HEARING**<br><br>Case No.: 1:23-CR-00085 |

Defendant, Myron Johnson, by and through his attorney of record, Jeff A. Bredahl, Bredahl & Associates, P.C., 3431 4th Avenue South, Suite 200, Fargo North Dakota 58103, moves this Honorable Court for an Order to Continue the Sentencing Hearing scheduled in this case for March 25, 2025, at 11:00 a.m., for thirty (30) days.

Counsel for the Defendant was unaware of the time of sentencing as his paralegal was out on maternity leave at the time the hearing was rescheduled. As such, the date of the hearing was not calendared. Counsel was only informed of the sentencing hearing when the defendant's mother called his office to ask if the hearing was moving forward.

Undersigned spoke with AUSA Rappenecker and the government does not oppose the continuance.

Undersigned counsel maintains that this motion is not made for undue delay or any other improper reason.

1

Dated this 24th day of March, 2025.

                              Respectfully submitted,

                              BREDAHL & ASSOCIATES, P.C.

                              */s/ Jeff A. Bredahl*
                              Jeff A. Bredahl, ND ID #04717
                              3431 4th Avenue South, Suite 200
                              Fargo, North Dakota 58103
                              Tele: (701) 298-9363
                              Fax: (701) 298-9362
                              Email: jeffb@ndjustice.com
                              E-service: eservice@ndjustice.com
                              ATTORNEYS FOR DEFENDANT