IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| United States of America, | STIPULATION RE: 18 USC § 3585 |
|---|---|
| Plaintiffs, | Case No.: 1:23-CR-00085 |
| vs. | |
| Myron Johnson, | |
| Defendant. | |

Plaintiff, United States of America, by and through its attorneys of record, Assistant United States Attorneys David Rappenecker and Gary Delorme, and Defendant Myron Johnson, by and through his attorney of record, Jeff A. Bredahl, Bredahl & Associates, P.C., enter into this stipulation pursuant the Honorable Daniel L. Hovland's request of the attorneys at the change of plea hearing, and also pursuant to 18 USC 3585(b)(1).

1. Defendant Myron Johnson was arrested by Fort Berthold Tribal Law Enforcement on August 25, 2022, and immediately thereafter was detained in official detention at Gerald Tex Fox Justice Center, New Town, ND. Defendant Myron Johnson was detained in official detention for the same, or similar offenses, for which he was Indicted in this Court in case number 1:22-cr-185, and the subsequent Indictment and Superseding Indictment in case number 1:23-cr-85.

2. Defendant Myron Johnson remained in official detention at Fort Berthold's Gerald Tex Fox Justice Center, New Town, ND, when on September 20, 2022, he was arrested on a Warrant issued by this Court to appear and answer to the allegations in the Indictment in case number 1:22-cr-185, and subsequently, the Indictment and Superseding Indictment in case number 1:23-cr-85.

3. The 26 days defendant Myron Johnson was in official detention at Fort Berthold's Gerald Tex Fox Justice Center, New Town, ND is to be calculated as the commencement of his official detention and term of imprisonment as set forth in 18 USC 3585(b) (1).

4. Defendant Myron Johnson has been in official detention by Order of this Court since September 20, 2022, through his anticipated Sentencing date of May 6th, 2025, in case number 1:22-cr-185, and subsequently, the Indictment and Superseding Indictment in case number 1:23-cr-85.

5. Defendant Myron Johnson has credit for time served in official detention by Order of this Court for a total of 959 days, or for 31 months and 16 days, as set forth in 18 USC 3585(b) (1).

6. The <u>26 days</u> in official detention at Fort Berthold's Gerald Tex Fox Justice Center, New Town, ND, plus the <u>959 days, or for 31 months and 16 days,</u> in official detention by Order of this Court equates to a **grand total of 985 days, or 32 months and 11 days in official detention,** as set forth in 18 USC 3585(b) (1).

Dated this 15th day of April, 2025.

*[signature]*
David Rappenecker, ND ID# 09575
Gary Delorme, ND ID# 05845
P.O. Box 699
Bismarck, ND 58502-0699
Tele: 701-530-2420
Email: david.rappenecker@usdoj.gov
gary.delorme@usdoj.gov
ATTORNEYS FOR UNITED STATES

Dated this 14th day of April, 2025.

*[signature]*
Jeff A. Bredahl, ND ID# 04717
3431 4th Avenue South, Suite 200
Fargo, North Dakota 58103
Tele: (701) 298-9363
Fax: (701) 298-9362
Email: jeffb@ndjustice.com
Eservice: eservice@ndjustice.com
ATTORNEYS FOR DEFENDANT