### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NORTH DAKOTA
### WESTERN DIVISION

| | |
|---|---|
| United States of America,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>Myron Johnson,<br><br>　　　　　　　Defendant. | **DEFENDANT'S MOTION TO CONTINUE SENTENCING HEARING**<br><br>Case No.: 1:23-CR-00085 |

Defendant, Myron Johnson, by and through his attorney of record, Jeff A. Bredahl, Bredahl & Associates, P.C., 3431 4th Avenue South, Suite 200, Fargo North Dakota 58103, moves this Honorable Court for an Order to Continue the Sentencing Hearing scheduled in this case for May 6, 2025, at 11:00 a.m., for thirty (30) days.

Counsel for the Defendant has had multiple medical appointments including a pre-surgery physical. Secondly, current medications that counsel is taking make him nauseous and lightheaded. Three weeks ago, he was scheduled for surgery but failed the pre-surgery physical. As such, counsel needs additional time to prepare for sentencing in order to adequately represent the defendant.

If this motion is granted, Attorney Nicole L. Bredahl of Barkus Law Firm, P.C., will file a notice of appearance so that she may handle sentencing if necessary.

Undersigned counsel maintains that this motion is not made for undue delay or any other improper reason.

Dated this 5th day of May, 2025.

                Respectfully submitted,

                BREDAHL & ASSOCIATES, P.C.

                */s/ Jeff A. Bredahl*
                Jeff A. Bredahl, ND ID #04717
                3431 4th Avenue South, Suite 200
                Fargo, North Dakota 58103
                Tele: (701) 298-9363
                Fax: (701) 298-9362
                Email: jeffb@ndjustice.com
                E-service: eservice@ndjustice.com
                ATTORNEYS FOR DEFENDANT