## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## WESTERN DIVISION

United States of America,

     Plaintiffs,

vs.

Myron Johnson,

     Defendant.

**DEFENDANT MYRON JOHNSON'S
SENTENCING MEMORANDUM**

Case No.: 1:22-cr-185

Defendant, Myron Johnson ("Myron"), by and through his legal counsel, Attorney Jeff A. Bredahl, Bredahl & Associates, P.C., respectfully requests that this Honorable Court sentence Myron to time served, a reasonable period of supervised probation, and a $100 special assessment. The sentence requested is sufficient, but not greater than necessary, to comply with the factors set forth in 18 U.S.C.§3553(a)(2).

Dated this 2nd day of June 2025.

       Respectfully Submitted,

       BREDAHL & ASSOCIATES, P.C.

       Jeff A. Bredahl, ND ID#04717
       3431 4th Avenue South, Suite 200
       Fargo, North Dakota 58103
       Tele: (701) 298-9363
       Fax: (701) 298-9362
       E-Service: office@ndjustice.com
       Email: jeffb@ndjustice.com
       ATTORNEYS FOR DEFENDANT